# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157163(88)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SAMUEL JOEL BURCH,
        Defendant-Appellant.
_____/

SC: 157163
COA: 333015
Genesee CC: 14-036180-FC

On order of the Chief Justice, the motion of defendant-appellant for permission to exceed the page restriction for the application for leave to appeal is GRANTED. The application submitted on February 9, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 16, 2018



Clerk